ACCEPTED
05-15-00862-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
10/1/2015 9:52:35 PM
LISA MATZ
CLERK

## No. 05-15-00862-CR

## IN THE COURT OF APPEALS

## FOR THE FIFTH DISTRICT OF TEXAS

## DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
10/1/2015 9:52:35 PM
LISA MATZ
Clerk

---

## DAVID SHAWN FOTHERGILL, Appellant

## vs.

## THE STATE OF TEXAS, Appellee

---

## THIRD MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF AND MOTION TO REINSTATE APPEALLANT'S BRIEF

---

TO THE HONORABLE JUSTICES OF THE FIFTH DISTRICT COURT OF APPEALS:

Comes Now David Shawn Fothergill, the Appellant in the above styled and numbered cause, pursuant to Rules 10.5(b) and 38.6(d), Texas Rules of Appellate Procedure and files his motion requesting an extension of time to file the Appellant's Brief; motion to reinstate Appellant's Brief; and would show the Court as follows:

I.

1

On June 25, 2015, the Appellant was denied Post- Trial DNA testing by the 15TH District Court, Grayson County, Texas, in Cause No. 063259. On July 16, 2015, Appellant filed Notice of Appeal regarding the Denial of Post-Trial DNA Testing.

## . II.

The Reporter's Record was filed in this court on July 30, 2015, and Exhibits were filed on July 30, 2015. The Clerk's Records was filed in this court on July 28, 2015. The Appellant's brief was due to be filed on September 23, 2015.

The Appellant filed his first request for an extension of time on August 28, 2015, that was grant and ordered the brief due on September 15, 2015.

The Appellant filed his second request for an extension of time on September 15, 2015, the Court granted the request and ordered the brief due on September 23, 2015.

## III.

On September 30, 2015, the court entered an order abating the appeal. It further ordered the trial court to conduct a hearing within 30 days from the date of this order.

The Appellant requests that this Honorable Court reinstate this appeal without the necessity of a hearing. Attached to this motion, please find Appellant's brief.

2

IV.

Appellant requests this Court to grant this motion for an extension and to simultaneously reinstate the appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court extend the time for filing Appellant's brief in this cause until October 1, 2015.

Respectfully submitted,

**WYNNE & SMITH**
707 W. Washington
P. O. Box 2228
Sherman, TX 75090
Telephone: (903) 893-8177
Fax: (903) 892-0916

/s/ John Hunter Smith
**by John Hunter Smith**
State Bar No. 24028393

**LAW OFFICE OF KRISTIN R. BROWN, PLLC**
18208 Preston Road, Suite D9375
Dallas, Texas 75252
Telephone: (214) 446-3909
Fax: (214) 481-4868

**KRISTIN R. BROWN**
State Bar No. 24081458

ATTORNEYS FOR APPELLANT

## CERTIFICATE OF CONFERENCE

On October 1, 2015, counsel for Appellate conferred with the attorney for

the State, Assistant District Attorney Karla Hackett, of the Grayson County District

Attorney's Office. Ms. Hackett states that she is not opposed to the motion.

_____
Kristin R. Brown
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion for

Extension of Time to File Appellant's Brief and Motion to Reinstate Appellant's

Brief was served upon the attorney for the State on October 1, 2015.

_____
Kristin R. Brown
Attorney for Appellate